stitute parties appellant are granted. The judgments are reversed. *Alabama Public Service Commission* v. *Southern R. Co., ante,* p. 341. *Si Garrett,* Attorney General of Alabama, *A. A. Carmichael,* then Attorney General, and *Wallace L. Johnson,* Assistant Attorney General, for appellants. *W. A. Northcutt* and *Robert E. Steiner, Jr.* for appellee in No. 660.

No. 538. Sunbeam Corporation *v.* Wentling. On petition for writ of certiorari to the United States Court of Appeals for the Third Circuit. *Per Curiam:* The petition for writ of certiorari is granted. The judgment of the Court of Appeals is vacated and the case is remanded to that court for reconsideration in the light of *Schwegmann Brothers* v. *Calvert Distillers Corp., ante,* p. 384. *Herman T. Van Mell, Ira Jewell Williams, Jr., Thomas Raeburn White* and *Ira Jewell Williams* for petitioner. *Gilbert Nurick* for respondent. Briefs of *amici curiae* supporting the petition were filed by *Ivan A. Elliott,* Attorney General, and *William C. Wines, Robert J. Burdett* and *John T. Coburn,* Assistant Attorneys General, for the State of Illinois; and *Robert E. Woodside,* Attorney General, and *Harry F. Stambaugh* for the State of Pennsylvania.

No. 586. Greenberg *v.* United States. On petition for writ of certiorari to the United States Court of Appeals for the Third Circuit. *Per Curiam:* The petition for writ of certiorari is granted. The judgment of the Court of Appeals is vacated and the case is remanded to that court for reconsideration in the light of *Hoffman* v. *United States, ante,* p. 479. *Frederick Bernays Wiener* and *Jacob Kossman* for petitioner. *Solicitor General Perlman, As-*

*sistant Attorney General McInerney, John F. Davis* and *Robert S. Erdahl* for the United States. 

No. 734. BAKER *v.* LEENHOUTS ET AL.; and

No. 746. GENERAL MOTORS ACCEPTANCE CORP. *v.* COMMISSIONER OF BANKS OF WISCONSIN. Appeals from the Supreme Court of Wisconsin. *Per Curiam:* The appeals are dismissed for want of a substantial federal question. MR. JUSTICE JACKSON took no part in the consideration or decision of case No. 746. *Louis Quarles* for appellant in No. 734. *Jackson M. Bruce* and *Henry M. Hogan* for appellant in No. 746. *Vernon W. Thomson,* Attorney General of Wisconsin, and *Harold H. Persons,* Assistant Attorney General, for appellees in No. 734. *Mr. Thomson, Roy G. Tulane,* Assistant Attorney General, and *William E. Torkelson* for appellee in No. 746.

No. 745. MINICH ET AL. *v.* CITY OF SHARON ET AL. Appeal from the Supreme Court of Pennsylvania. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *M. L. McBride* for appellants. *Nathan Routman* and *William H. Eckert* for appellees.

No. 752. SIMMONS *v.* CITY OF BIRMINGHAM. Appeal from the Court of Appeals of Alabama. *Per Curiam:* The appeal is dismissed for the want of a properly presented federal question. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion probable jurisdiction should be noted. *George E. Trawick* for appellant.